MARK FABIANO et al., Respondents, v STATE OF NEW YORK, Appellant.

Submitted February 2, 2015; decided March 31, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RICHARD N. GOLDEN, Respondent, v BERNADETTE M. LYNCH, Appellant.

Submitted February 9, 2015; decided March 31, 2015

Motion for reargument of motion for leave to appeal denied [see 24 NY3d 1079 (2014)].

Judges STEIN and FAHEY taking no part.

GREATER NEW YORK TAXI ASSOCIATION et al., Appellants, v NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, a Charter-Mandated Agency, et al., Respondents, and NISSAN TAXI MARKETING, N.A., LLC, et al., Intervenors-Respondents.

Submitted March 16, 2015; decided March 31, 2015

Motion for a stay granted.

JOSEPH MARTENS, as Commissioner of Environmental Conservation, et al., Respondents, v FREDERICK J. NERONI et al., Appellants.

Decided March 31, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge STEIN taking no part.